UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15 CR 308-05 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -v- | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ALLYSON LOVE, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Allyson Love, which was referred to the Magistrate Judge with the consent of the parties.

  On September 23, 2015, the government filed a one count Superseding Indictment, charging Defendant Allyson Love, with Conspiracy to Launder Money in violation of Title 18 United States Code Section 1956(h). Defendant Love was arraigned on October 7, 2015, and entered a plea of not guilty to Count 1 of the Superseding Indictment, before Magistrate Judge White. On March 15, 2016, Magistrate Judge Baughman, Jr., received Defendant Love's plea of guilty to Count 1 of the Superseding Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

  Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

  On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Love is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea

agreement is approved.

Therefore, Defendant Love is adjudged guilty to Count 1 of the Superseding Indictment, in violation of Title 18 United States Code, Section 1956(h), Conspiracy to Launder Money. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on June 7, 2016, at 2:00 p.m. in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

March 30, 2016